UNITED STATES DISTRICT COURT
for the

District of South Carolina

Phillip Baker and Elouise Baker,
*Appellants*

v.                                                    Civil Action No.        3:18-cv-00039-DCC

)
)
)
Capital One Auto Finance, a division of Capital One,           )
N.A. Department Ascension Capital Group; The           )
Money Source, Inc.; World Omni Financial Corp.,
its successors and assigns,
*Appellees*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: the appellants, Phillip Baker and Elouise Baker, shall take nothing of the appellees, Capital One Auto

Finance, The Money Source, Inc., and  World Omni Financial Corp., from the action filed pursuant to 28 U.S.C. § 0158

and this action is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended
dismissing the action with prejudice.

Date:   June 13, 2018                                    *ROBIN L. BLUME, CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*